## BEN JOHNSON HOMES, INC. v. PLAUCHE

No. 149P01

Case below: 142 N.C. App. 212

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001. Justice Martin recused.

## BLACKBURN v. STATE FARM MUT. AUTO. INS. CO.

No. 85P01

Case below: 141 N.C. App. 655

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

## BLUE SKY ASSOCS. v. BANK OF ESSEX

No. 20P01

Case below: 140 N.C. App. 787

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 5 April 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.

## BRATTON v. OLIVER

No. 35P01

Case below: 141 N.C. App. 121

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001. Justice Edmunds recused.

## BRIDGES v. BRIDGES

No. 54P01

Case below: 141 N.C. App. 149

Petition by defendant (Bruce Bridges) for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001. Justice Edmunds recused.